IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

      Plaintiff,                    No. 2:10-cv-0189 WBS DAD (PC)

  vs.

A. MASURET, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2010, plaintiff filed a document styled as a "motion and demand for judgment by default/summary judgment" against defendant Dale Hamad. The motion is predicated on defendant Hamad's alleged failure to timely respond to plaintiff's second amended complaint. The court construes plaintiff's motion as a request for entry of default pursuant to Fed. R. Civ. P. 55(a). By order filed December 22, 2010, defendant Hamad's motion for an extension of time to respond to the second amended complaint was granted and defendant Hamad was granted sixty days from the date of that order to file and serve a response. Accordingly, plaintiff's request for entry of default will be denied.

/////

/////

1

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2    December 20, 2010 motion (docket # 20) is construed as a request for entry of default and, so
3    construed, is denied.
4    DATED: January 3, 2011.

                                                    /s/ Dale A. Drozd
                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:12
mart0189.def