**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant
HAMAD

## THE UNITED STATES COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTIN, | CASE NO: 2:10-CV-00189-WBS-DAD |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT HAMAD** |
| MASURET, ET AL. | |
| Defendants. | |

Defendant HAMAD hereby substitutes the following counsel in place and in stead of the law firm of Manning Marder Kass Ellrod & Ramirez, LLP:

Kathleen J. Williams, CSB #127021
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

///
///
///
///
///
///
///

*Martin v. Masuret, et al. [2:10-CV-00189-WBS-DAD]Substitution of Attorneys for Defendant Hamad*     Page 1

1  All counsel in this matter are requested to direct all communications to the
2  above-referenced address beginning immediately.
3  I consent to this substitution.

                                        MANNING MARDER KASS ELLROD &
                                        RAMIREZ, LLP

6  Dated: 12/20/10                    By: */s/ "Andrea Travis"* (original signature retained by counsel)
                                              Andrea M. Travis,
7                                            Attorneys for defendant HAMAD

8  I consent to this substitution.

9  Dated:12/21/10                     */s/ "D. Hamad"* (original signature retained by counsel)
10                                           Defendant D. HAMAD

11  I accept this substitution.

12  Dated: 12/29/10                  WILLIAMS & ASSOCIATES

13
14                                      By: */s/ Kathleen J. Williams*
                                           Kathleen J. Williams, CSB #127021
15

16  **IT IS SO ORDERED.**
17  **DATED: January 3, 2011.**

18
19                                                           DALE A. DROZD
20                                                           UNITED STATES MAGISTRATE JUDGE
21
22
   DAD:12
23  mart0189.sub
24
25
26
27
28  *Martin v. Masuret, et al. [2:10-CV-00189-WBS-DAD]Substitution of Attorneys for Defendant Hamad*     *Page 2*