IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

        Plaintiff,                    No. 2:10-cv-0189 WBS DAD (PC)

    vs.

A. MASURET, et al.,

        Defendants.           ORDER

_____/

        On September 9, 2011, defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Plaintiff did not timely file an opposition to the motion and by order filed October 19, 2011 was ordered to do so within thirty days.  Review of the record shows that on October 14, 2011, plaintiff filed a motion to postpone disposition of defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56(d).[1]  Good cause appearing, IT IS HEREBY ORDERED that:

        1. This court's October 19, 2011 order is vacated;

        2. Defendants shall file and serve a response to plaintiff's Rule 56(d) request within twenty-one days from the date of this order; and

---

[1] Plaintiff's motion, however, was not entered on the court's docket until October 18, 2011.

1

1    3.  Plaintiff's reply, if any, shall be filed and served not later than ten days
2 thereafter.
3 DATED: October 19, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
mart0189.vac