IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

      Plaintiff,                  No. 2:10-cv-0189 WBS DAD (PC)

  vs.

A. MASURET, et al.,

      Defendants.            ORDER

                              /

        On April 23, 2012, plaintiff filed a document styled as objections to the magistrate judge's April 4, 2012 order denying his motion, pursuant to Fed. R. Civ. P. 56(d), to postpone consideration of defendants' pending motion for summary judgment.[1]  The court construes plaintiff's objections as a request for reconsideration of that order.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

---

[1] Plaintiff's objections are dated April 14, 2012, as is the certificate of service appended thereto and are therefore timely under Local Rule 303.  See Houston v. Lack, 487 U.S. 266 (1988).

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2  the magistrate judge filed April 4, 2012, is affirmed.
3  DATED:   May 3, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mart0189.850(2)