IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

       Plaintiff,                       No. 2:10-cv-0189 WBS DAD P

    vs.

A. MASURET, et al.,

       Defendants.            ORDER

_____/

        On February 3, 2013, plaintiff signed and dated objections to the magistrate judge's January 25, 2013 order denying several motions filed by plaintiff. Plaintiff's objections were entered on the record in this action on February 11, 2013 (Doc. No. 66). The court construes the objections as a request for reconsideration of the magistrate judge's January 25, 2013 order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed January 25, 2013, is AFFIRMED.
3   DATED:  February 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mart0189.850(3)