1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN A. MARTIN,

11              Plaintiff,                    No. 2:10-cv-0189 WBS DAD P

12        vs.

13   A. MASURET, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16              On February 3, 2013, plaintiff signed and dated objections to the magistrate

17   judge's January 25, 2013 order denying several motions filed by plaintiff.  Plaintiff's objections

18   were entered on the record in this action on February 11, 2013 (Doc. No. 66).  The court

19   construes the objections as a request for reconsideration of the magistrate judge's January 25,

20   2013 order.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld

21   unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that

22   it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

23   /////

24   /////

25   /////

26   /////

1

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

2 magistrate judge filed January 25, 2013, is AFFIRMED.

3 DATED:   February 21, 2013

4

5 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

7

8

9 /mart0189.850(3)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26