IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,               No. 2:10-cv-0189 WBS DAD (PC)

    vs.

A. MASURET, et al.,

    Defendants.        <u>ORDER</u>

                                  /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed January 25, 2013 (Doc. No. 65), this court denied a request by plaintiff pursuant to Fed. R. Civ. P. 56(d) and granted plaintiff one final period of twenty-one days in which to file and serve an opposition, if any he has, to defendant Hamad's long-pending August 16, 2012 motion for summary judgment. On February 11, 2013, plaintiff filed objections to that order. (Doc. No. 66). In an order filed February 22, 2013 (Doc. No. 67), the assigned District Judge construed plaintiff's objections as a request for reconsideration of the undersigned's January 25, 2013 order and affirmed that order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted until March 1, 2013 to place his opposition, if any, to defendant's motion for summary judgment in the mail for delivery to this court and service on

defendant. No further extensions of time will be granted for this purpose. Plaintiff's failure to file an opposition within the time provided by this order will be deemed a statement of plaintiff's non-opposition and result in a recommendation that this action be dismissed.

2. Defendant Hamad's reply, if any, in support of his motion for summary judgment shall be filed and served not later than March 15, 2013.

DATED: February 22, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
mart10cv0189.brf

2