UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

      Plaintiff,               No. 2:10-cv-0189 WBS DAD P

vs.

A. MASURET, et al.,

      Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

    Steven Martin, inmate # D-48283, a necessary and material witness in proceedings in this case on December 19, 2013, is confined in Centinela State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at Centinela State Prison, December 19, 2013, at 10:00 am.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison, Centinela, 2302 Brown Road, PO Box 911, Imperial, California 92251-0901:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 24, 2013

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

/md; mart0189.841.vc