1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN A. MARTIN,                              No.  2:10-cv-0189 WBS DAD P

12                    Plaintiff,

13          v.                                       ORDER APPOINTING COUNSEL

14    A. MASURET et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.  The court now finds that the appointment of counsel is warranted in this case.

19    Attorneys Christopher A. Nedeau and Veronica L. Harris have been selected from the court's pro

20    bono attorney panel to represent plaintiff and they have accepted the appointment.

21          Accordingly, IT IS HEREBY ORDERED that:

22       1.  Christopher A. Nedeau and Veronica L. Harris are appointed as counsel in the above

23           entitled matter.

24       2.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

25           spark@caed.uscourts.gov if they have any questions related to the appointment.

26    /////

27    /////

28    /////

                                                    1

3. The Clerk of the Court is directed to serve a copy of this order upon Christopher A. Nedeau and Veronica L. Harris, Nossaman LLP, 50 California Street, 34th Floor, San Francisco, California  94111.

Dated:  January 15, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mart0189.31appt

2