NOSSAMAN LLP
Christopher A. Nedeau, State Bar No. 81297
cnedeau@nossaman.com
Veronica L. Harris, State Bar No. 256120
vharris@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438

Attorneys for Plaintiff
STEVEN A. MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MARTIN,<br><br>           Plaintiff,<br><br>     v.<br><br>A. MASURET, *et al*.,<br><br>           Defendants. | CASE NO. 2:10-CV-00189 WBS DAD<br><br>**STIPULATION AND ORDER RE PRE-TRIAL CONFERENCE AND RELATED DATES** |

     WHEREAS, on January 16, 2014, Christopher A. Nedeau and Veronica L. Harris, of Nossaman LLP, were appointed counsel for Plaintiff Steven A. Martin who had been proceeding pro se and in forma pauperis;

     WHEREAS, before appointment of counsel from Nossaman LLP, significant activities have taken place in this case since its inception in January 2010.  The Court has already set the pre-trial conference for August 4, 2014 and the trial for October 15, 2014 (*see* Dkt No. 90);

     WHEREAS, Plaintiff's counsel needs time to analyze the factual and legal aspects of the case.  Plaintiff's counsel is also in the process of arranging an in-person meeting with Plaintiff, who is being held at Centinela State Prison in Southern California;

     WHEREAS,  in order to effectively prepare for the case, Plaintiff's counsel has met and conferred with Defendants' counsel, who has agreed to continue the pre-trial Conference to August 25, 2014 without changing the trial date which will remain set for October 15, 2014,

subject to this Court's approval;

NOW, THEREFORE, and in light of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the respective attorneys for the parties that, subject to this Court's approval, the pre-trial conference will be continued to August 25, 2014, with the parties' respective pre-trial statement due on August 11, 2014 (fourteen days prior to the conference). The trial date remains set for October 15, 2014.

Dated:  July 16, 2014                               Nossaman LLP


                                                    By:  */s/ Veronica L. Harris*
                                                         Veronica L. Harris
                                                    Attorney for Plaintiff STEVEN A. MARTIN


Dated:  July 16, 2014                               Williams and Associates


                                                    By:  */s/ Matthew R. Wilson* (authorized on 7/16/14)
                                                         Matthew R. Wilson
                                                    Attorney for Defendant HAMAD


Having reviewed and considered the Stipulation between the parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT** plaintiff's pre-trial statement shall be filed on or before August 19, 2014, and defendant's pretrial statement shall be filed on or before Augtust 26, 2014.  The Pretrial Conference will be held on **September 2, 2014 at 2:00 p.m. in Courtroom 5.**

**IT IS SO ORDERED.**

Dated:  July 29, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE