UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

        Plaintiff,                    No.  2:10-cv-0189 WBS DAD P

vs.

A. MASURET, et al.,

        Defendants.              **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Steven A. Martin, inmate D-48283, a necessary and material witness in proceedings in this case on September 17, 2014, is confined in California State Prison, Centinela, 2302 Brown Road, Imperial, California, 92251-0731 in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conference or telephonically if video-conference is unavailable at Centinela State Prison, September 17, 2014, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conference or telephonically if video-conference is unavailable before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The clerk of the court shall send a courtesy copy of this order via facsimile to the litigation coordinator at California State Prison, Centinela at (760) 337-7650.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden, California State Prison, Centinela, 2302 Brown Road, P.O. Box 731, Imperial, California, 92251-0731:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conference or telephonically if video-conference is unavailable, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  September 10, 2014

                                              */s/ Dale A. Drozd*
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

/mart0189.841vc