1  NOSSAMAN LLP
   Christopher A. Nedeau, State Bar No. 81297
2  cnedeau@nossaman.com
   50 California Street, 34th Floor
3  San Francisco, CA 94111
   Telephone:  415.398.3600
4  Facsimile:  415.398.2438

5  Attorneys for Plaintiff
   STEVEN A. MARTIN
6

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9  STEVEN A. MARTIN,                )
                                    )   CASE NO. 2:10-CV-00189 WBS DAD
10         Plaintiff,                )
                                    )   **JOINT STATUS REPORT;**
11    v.                            )   **STIPULATION AND [~~PROPOSED~~]**
                                    )   **ORDER RE FURTHER JOINT STATUS**
12  A. MASURET, *et al*.,            )   **REPORT**
                                    )
13         Defendants.               )
                                    )
14                                   )

15

16         WHEREAS, a settlement has been reached by the parties in this matter.  However, due to

17  some revisions to the Settlement Agreement and Release which required a second approval of

18  CDCR along with additional questions from the Plaintiff  there was significant delay in finalizing

19  the settlement documents.  As of March 13, 2015 the final settlement documents were

20  overnighted to Plaintiff for signature and are expected to be received via overnight delivery

21  within the next seven to ten days;

22         WHEREAS, the Parties request that an additional ninety (90) days be given to obtain the

23  signatures, for the funds to be issued and for the request for dismissal to be filed with the Court;

24         NOW, THEREFORE, and in light of the foregoing, IT IS HEREBY STIPULATED AND

25  AGREED by and between the respective attorneys for the parties that, subject to this Court's

26  approval, that if the dismissal of this matter has not be filed a further Joint Status Report will be

27  filed on June 15, 2015.

28  10cv189 Martin - Stip to Cont Stat Conf.docx        1        Case No. 2:10-CV-00189 WBS DAD
    **JOINT STATUS REPORT; STIPULATION & [PROPOSED] ORDER**
    9028770.v1

Dated: March 17, 2015                              Nossaman LLP

                                                   By: /s/    Christopher A. Nedeau
                                                         Christopher A. Nedeau
                                                   Attorney for Plaintiff STEVEN A. MARTIN


Dated: March 17, 2015                              Williams and Associates


                                                   By: */s/ Matthew R. Wilson* (authorized on 3/17/15)
                                                         Matthew R. Wilson
                                                   Attorney for Defendant HAMAD


Having reviewed and considered the Stipulation between the parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the parties have an additional ninety (90) days to file the request for dismissal in this matter or a further Joint Status Report will be due on June 15, 2015.   The Status Conference is continued to July 6, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 17, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE