1

**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290

2
Sacramento, CA  95822
(916) 456-1122

3
(916) 737-1126 (fax)

4
Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

5

Attorneys for defendant

6
HAMAD

7
**UNITED STATES DISTRICT COURT**

8
**EASTERN DISTRICT OF CALIFORNIA**

9

10
STEVEN MARTIN,                           CASE NO:  2:10-CV-00189-WBS-DAD

                  Plaintiff,             **STATUS REPORT, STIPULATION AND**
11                                        **[~~PROPOSED~~] ORDER RE FILING OF**
                                          **DISPOSITIONAL DOCUMENTS**
         v.
12

13
MASURET, et al.

                  Defendants.
14

15

16

17
         A settlement conference took place in this case on September 17, 2014, and a

18
settlement was reached by the parties. (Docket No. 101) The current deadline for the

19
parties to file the dispositional documents in this action, or to provide a status report, is

20
June 15, 2015. (Docket No. 104) A status conference is currently scheduled for July 6,

21
2015. (Docket No. 104) The parties hereby stipulate to an extension of time to

22
September 14, 2015, to submit the dispositional documents. Furthermore, they stipulate

23
that the status conference be continued to October 5, 2015.

24

25
         The stipulated extension is based on the fact that the settlement payment has not

26
yet been made. As the court is well aware, it can take a significant amount of time for the

27
settlement amount to be processed by the CDCR and the other state agencies involved

28

1

in the process. The settlement agreement in this case stated that payment of the settlement amount would be made within 180 days of the defendant's receipt of the signed agreement from the plaintiff. The signed settlement agreement was received by the defendant on May 13, 2015. The CDCR is therefore currently waiting for a number of other state agencies, including the Department of Finance and the State Controller, to complete the processing of the settlement funds. The CDCR has no control over other state agencies involved in this process or the speed with which they process those funds.

Therefore, for these reasons, the parties hereby stipulate to an extension of time to September 14, 2015, to submit the dispositional documents. Furthermore, they stipulate that the status conference be continued to October 5, 2015.

Dated: 6/8/2015                    NOSSAMAN LLP

By:  /s/ Christopher A. Nedeau (original sig retained by counsel)
CHRISTOPHER A. NEDEAU
Attorney for plaintiff MARTIN

Dated:  6/12/2015                  WILLIAMS & ASSOCIATES


By: /s/ Matthew Ross Wilson
MATTHEW ROSS WILSON
Attorneys for defendant HAMAD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for filing the dispositional documents or a status report is September 14, 2015. The status conference is continued to **October 13, 2015 at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  June 15, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3