1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Suite 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   Matthew Ross Wilson, CSB #236309
5

6  Attorneys for defendant
   HAMAD
7
                         UNITED STATES DISTRICT COURT
8
                         EASTERN DISTRICT OF CALIFORNIA
9

10 | STEVEN MARTIN,                  | CASE NO:  2:10-CV-00189-WBS-DAD
11 |         Plaintiff,              | **STATUS REPORT, STIPULATION AND [PROPOSED] ORDER RE FILING OF DISPOSITIONAL DOCUMENTS**
12 |    v.                           |
13 | MASURET, et al.                 |
14 |         Defendants.             |

17
18    A settlement conference took place in this case on September 17, 2014, and a
19 settlement was reached by the parties. (Docket No. 101) The current deadline for the
20 parties to file the dispositional documents in this action, or to provide a status report, is
21 September 14, 2015. (Docket No. 108) A status conference is currently scheduled for
22 October 13, 2015. (Docket No. 108) The parties hereby stipulate to an extension of time
23 to December 14, 2015, to submit the dispositional documents. Furthermore, they
24
25 stipulate that the status conference be continued to January 4, 2016.
26    The stipulated extension is based on the fact that the settlement payment has not
27 yet been made. As the court is well aware, it can take a significant amount of time for the
28

1  settlement amount to be processed by the CDCR and the other state agencies involved
2  in the process. The settlement agreement in this case stated that payment of the
3  settlement amount would be made within 180 days of the defendant's receipt of the
4  signed agreement from the plaintiff. The signed settlement agreement was received by
5  
6  the defendant on May 13, 2015. The CDCR has submitted a request for payment to the
7  necessary state agencies but is currently waiting for the request to be processed and the
8  payment to be made. The CDCR anticipates that payment will be made in the next one
9  or two months. However, the CDCR has no control over the other state agencies,
10 including the Department of Finance and the State Controller, that are involved in the
11 process.
12 
13     Therefore, for these reasons, the parties hereby stipulate to an extension of time
14 to December 14, 2015, to submit the dispositional documents. Furthermore, they
15 stipulate that the status conference be continued to January 5, 2016.

16  Dated: 9/11/15           NOSSAMAN LLP

17
18                           By:/s/ Christopher Nedeau (signed with permission)
                                CHRISTOPHER A. NEDEAU
                                Attorney for plaintiff MARTIN
19  Dated: 9/11/15           WILLIAMS & ASSOCIATES
20
21                           By:/s/ Matthew Ross Wilson
                                MATTHEW ROSS WILSON
22                              Attorneys for defendant HAMAD

23     Based on the parties' stipulation, and good cause appearing, IT IS HEREBY
24 ORDERED that the deadline for filing the dispositional documents or a status report is
25 December 14, 2015. The status conference is continued to January 4, 2016, at 2:00 p.m.
26     IT IS SO ORDERED.
27
   Dated:  September 14, 2015      WILLIAM B. SHUBB
28                                 UNITED STATES DISTRICT JUDGE