**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendant
HAMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTIN,<br><br>              Plaintiff,<br><br>       v.<br><br>MASURET, et al.<br><br>              Defendants. | CASE NO:  2:10-CV-00189-WBS-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

///

///

///

///

///

///

///

///

///

1

1    The parties to this action hereby stipulate to the dismissal of the action in its

2   entirety, with prejudice.

3   Dated: June 3, 2015          NOSSAMAN LLP

4

5                                By:*/s/ Christopher Nedeau* (signed with permission)
6                                    CHRISTOPHER NEDEAU, CSB #81297
7                                    Attorneys for plaintiff MARTIN

8   Dated: June 4, 2015          WILLIAMS & ASSOCIATES
9

10                               By: */s/ Matthew Ross Wilson*
11                                   MATTHEW ROSS WILSON, CSB #236309
                                     Attorneys for defendant HAMAD

12  **IT IS SO ORDERED**

13  Dated:  October 23, 2015

14  _____
    WILLIAM B. SHUBB
15  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2